# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA BLANQUET,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 08-0032-JTL<br><br>**J U D G M E N T** |

　　　In accordance with the Memorandum Opinion and Order filed herewith,

　　　IT IS HEREBY ADJUDGED that Judgment be entered reversing the decision of the Commissioner, and remanding the case for further administrative proceedings consistent with the Memorandum Opinion and Order.

DATED: December 23, 2008

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JENNIFER T. LUM
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE